**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CESAR VILLEGAS, | ) | NO. CV 16-9671-JFW (KS) |
|     Petitioner, | ) | |
| v. | ) | JUDGMENT |
| ROSEMARY NDOH, | ) | |
|     Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: March 12, 2018

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE